UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JTH TAX LLC d/b/a LIBERTY TAX SERVICE f/k/a JTH TAX, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>ANTHONY FOCCA; PLATINUM TAX LTD.; ANDREW WOLFE; THINK TAXX INC., AND DAVID BIONDI,<br><br>    Defendants. | Civil Action No.: 1:25-CV-01850 (PKC)(PK) |

## DECLARATION OF EFFORTS TO PROVIDE NOTICE OF HEARING FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

On April 9, 2025, the Court issued a text order scheduling a hearing on Plaintiff's motion for temporary restraining order and preliminary injunction. As a part of that Order, the Court directed Plaintiff to serve notice of the hearing upon Defendants via Fed-Ex Overnight Delivery, email, and personal service, and file proof that Plaintiff had done so by 12:00 p.m., April 10, 2025.

On April 9, 2025, at 5:40 p.m. EST, Plaintiff emailed copies of the complete case docket highlighting the notice of hearing to Defendant Anthony Focca in his personal capacity and as Platinum Tax's representative at afocca@thinkmtg.com, to Defendant David Biondi at dbiondi@thinkmtg.com, and to Defendant Andrew Wolfe in his personal capacity and as president of Think Taxx at hylan@thinktaxx.com. A copy of the email is annexed hereto as **Exhibit A**.

Additionally, on April 9, 2025, Plaintiff sent, via Fed-Ex overnight service, physical copies of the docket highlighting the notice of hearing to Defendants Anthony Focca, David Biondi, Andrew Wolfe, Platinum Tax Ltd., and Think Taxx, Inc., at the addresses listed on the summons (ECF No. 10). Copies of the Fed-Ex confirmations are annexed hereto **Exhibit B**. Additionally,

Plaintiff is currently attempting to affect expedited personal service of process of the notice of hearing on all Defendants today, April 10, 2025. Plaintiff will file proofs of personal service as soon as personal service of process is affected.

      I declare under penalty of perjury that the above is true and correct.

Dated: April 10, 2025

Respectfully submitted,

By: */s/ Peter G. Siachos*
     Peter G. Siachos

GORDON REES SCULLY MANSUKHANI LLP
1 Battery Park Plaza, 28th Floor
New York, NY 10004
T: (843) 714-2505
E: psiachos@grsm.com
*Counsel for Plaintiff*