# EXHIBIT A

# Christina Smith

| | |
|---|---|
| **From:** | Christina Smith |
| **Sent:** | Wednesday, April 9, 2025 5:40 PM |
| **To:** | 'afocca@thinkmtg.com'; 'dbiondi@thinkmtg.com'; 'hylan@thinktaxx.com' |
| **Cc:** | Peter Siachos; Bates Holman; JoAnna Doherty |
| **Subject:** | Court Notice of Hearing - Friday, April 11, 2025 @ 12:30 PM - JTH Tax LLC d/b/a Liberty Tax Service f/k/a JTH Tax, Inc. v. Anthony Focca; Platinum Tax LTD; Andrew Wolfe; Think Taxx Inc; and David Biondi - Civil Action No. 1:25-cv-01850 |
| **Attachments:** | 13 Docket TRO Hearing Yellow Highlighted.pdf; All FedEx Labels.pdf |

Sent on behalf of Peter G. Siachos:

To: Anthony Focca
Platinum Tax LTD
Andrew Wolfe
Think Taxx Inc.
David Biondi

**Court Notice of Hearing – Friday, April 11, 2025 at 12:30 pm in Courtroom 4FN**
JTH Tax LLC d/b/a Liberty Tax Service f/k/a JTH Tax, Inc. v. Anthony Focca; Platinum Tax LTD; Andrew Wolfe; Think Taxx Inc; and David Biondi
Civil Action No. 1:25-cv-01850
Motion for TRO and Preliminary Injunctive Relief

This firm is counsel for JTH Tax LLC d/b/a Liberty Tax Service f/k/a JTH Tax, Inc.

Attached for service upon you and in compliance with the Court's direction to serve notification of this hearing upon the Defendants via the same combination of methods, i.e. Fed-Ex Overnight Delivery, email, and personal service and file proof of the same by noon tomorrow please find attached a copy of the Court Docket with the last entry setting the hearing yellow highlighted.  A copy of this document has also been sent via Fed-Ex Overnight to each defendant at the addresses indicated in the Complaint.   And, a copy of this same document has been sent for personal service upon all defendants.

Sincerely,

Peter G. Siachos
Sent by Christina R. Smith, his paralegal

**CHRISTINA R. SMITH** (She/Her/Hers)
Paralegal

**GORDON REES SCULLY MANSUKHANI | GRSM50**
**YOUR 50 STATE LAW FIRM™**

677 King Street, Suite 450, Charleston, SC 29403
**D:** 843.714.2523
crsmith@grsm.com

grsm.com
vCard